36622. PATE *v.* GREEN *et al.*

GARDNER, P. J. It is agreed by counsel for both parties that this case is a companion to and controlled by the decision in *Pate* v. *Brock*, ante.

*Judgment affirmed. Townsend and Carlisle, JJ., concur.*

DECIDED APRIL 2, 1957—REHEARING DENIED APRIL 19, 1957.

*Henry A. Stewart, Sr., Nall, Sterne, Miller, Cadenhead & Dennis*, for plaintiff in error.

*Arnold & Gambrell, Brantley Edwards, A. Walton Nall*, contra.